[No. 32273-4-III.   Division Three.   March 17, 2015.]

MICHAEL L. BLANKENSHIP ET AL., *Respondents*, v. JERRY L. BRAMHALL, *Appellant*.

Appeal from a judgment of the Superior Court for Ferry County, No. 13-2-00025-7, Michael P. Price, J. Pro Tem., entered January 27, 2014. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 32291-2-III.   Division Three.   March 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. WARREN L. LEMMON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00287-0, Amber L. Finlay, J., entered October 8, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 70806-6-I.   Division One.   March 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ALAN JOHN NORD, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00408-1, Ira Uhrig, J., entered August 6, 2013. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.